IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COMDY VANG,

      Petitioner,                    No. CIV S-09-0704 FCD GGH P

    vs.

JAMES WALKER,

      Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se. On November 1, 2010, this court denied his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

////

1

1   For the reasons set forth in the magistrate judge's August 24, 2010 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5 DATED: November 30, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE